DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED
MAR 26 2010

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Dawn Hunsaker

      Plaintiff,

    vs.                        Civil No. 08-cv-1397-KI

Commissioner of Social Security

      Defendant.                                       

**ORDER GRANTING AWARD
OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of $4.39, costs in the amount of $4.90, and

attorney's fees in the amount of $4,671.83, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. §

1920. Payment should be made to plaintiff's attorney

Done this 2⁴ day of ___March___ 2010.

_____
                          Judge

**Page 1 - ORDER GRANTING AWARD OF EAJA FEES**